UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____X

ARLYN ROMEO OSORIO,

    Plaintiff,

**JUDGMENT PURSUANT TO RULE 68**

   -versus-

2:23-cv-01835-CCC-LDW

SCHWARTZ ENTERPRISES INC, TRINIDAD HOME IMPROVEMENT LLC, SCHWARTZ & OKNIN LLC (DBA 911 RESTORATION OF NORTH NEW JERSEY) LUIS HINOJOSA, VIVIANA HUFFMAN, and ADI SCHWARTZ

    Defendants.
_____X

  **WHEREAS,** on April 1, 2023, Plaintiff OSORIO filed this action alleging violations of the Fair Labor Standards Act.

  **WHEREAS,** on May 11, 2023, pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of Plaintiff OSORIO and

  **WHEREAS,** on May 11, 2023, Plaintiff OSORIO accepted the defendant's offer

  **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

  1. Defendants shall pay Plaintiff OSORIO the total sum of Six Thousand Dollars ($6,000) including attorneys' fees, expenses, and costs to the date of the offer, pursuant to the Rule 68 Offer of Judgment.

  2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff OSORIO may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

  3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission

of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that Plaintiff OSORIO has suffered any damages.

4. Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff OSORIO in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff OSORIO's rights to any claim for interest on the amount of the judgment.

SO ORDERED.

**Dated:** July 27, 2023

*/s/Claire C. Cecchi*
_____
**Claire C. Cecchi, U.S.D.J.**